**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50284 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-00487-BEN |
| v. | |
| MICHAEL ARAIZA-ORTEGA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted April 16, 2013[**]

Before:    CANBY, IKUTA, and WATFORD, Circuit Judges.

Michael Araiza-Ortega appeals from the district court's judgment and

challenges the 24-month sentence imposed following his guilty-plea conviction for

attempted transportation of illegal aliens and aiding and abetting, in violation of 8

U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II).  Pursuant to *Anders v. California*, 386

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Araiza-Ortega's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Araiza-Ortega the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**